CO-386-online
10/03

# United States District Court
# For the District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM )
FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 )
Technology Way, Denver, CO 80237 and MOODY FAMILY )
HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450. )
)
                                   Plaintiff )
                vs )    Civil Action No._____
MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR )
FORCE, in his official capacity, Office of the Secretary of the Air Force, United )
States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. )
20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official )
capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite )
150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN )
HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public )
Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida )
32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, )
Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and )
COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin )
Ellipse, Moody AFB, GA, 31699.
                       Defendant  **CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _Little Rock Family Housing, LLC, Hanscom Family Housing, LLC, and PFH Management, LLC_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Little Rock Family Housing, LLC, Hanscom Family Housing, LLC, and PFH Management, LLC_ which have any outstanding securities in the hands of the public:

The Shaw Group Inc.
(NYSE Symbol: SGR)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

938183
BAR IDENTIFICATION NO.

Joseph D. West
Print Name

1050 Connecticut Avenue N.W.
Address

Washington, District of Columbia 20036
City        State        Zip Code

(202) 955-8500
Phone Number

## CERTIFICATE OF SERVICE

On December 6, 2007, I hereby certify that I, Christyne K. Brennan, caused a copy of the 7.1 Certificate to be served on the following persons by certified mail:

Michael W. Wynn
Secretary of the Department of the Air Force
Office of the Secretary of the Air Force
United States Department of the Air Force
1670 Air Force Pentagon
Washington, DC 20330-1670

Brigadier General Rowayne A. Schatz
Little Rock Air Force Base
241 AW/PA
1250 Thomas Avenue, Suite 150
Little Rock AFB, AR 72099-4929

Brigadier General Susan Helms
Patrick Air Force Base
45th Space Wing, Public Affairs, 45 SW/PA
1201 Edward H. White, Suite C-129
Patrick AFB, FL 32925-3237

Colonel Thomas Schluckebier
Hanscom Air Force Base
20 Schilling Circle
Hanscom AFB, MA 01731

Colonel Kenneth E. Todorov
Moody Air Force Base
5113 Austin Ellipse
Moody AFB, GA 31699

_Christyne K. Brennan_
Christyne K. Brennan