IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450,<br><br>                    Plaintiffs,<br><br>            v.<br><br>MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.<br><br>                    Defendants. | Civil Action No. _____ |

**<u>Certificate Pursuant to Local Rule 7.1</u>**

I, the undersigned counsel of record for Plaintiff Moody Family Housing, LLC, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiff Moody's Family Housing, LLC which have any outstanding securities in the hands of the public.

Respectfully Submitted,

Dated: December 6, 2007

_Timothy D. Hawkes /s/ Attest_
Timothy D. Hawkes (DC Bar No. 467822) JOSEPH D. WEST
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

Telephone: (202) 536-1700
Facsimile: (202) 347-4242

Attorneys for Plaintiff Moody Family Housing, LLC.

100349542_1.DOC