IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699. <br><br> Defendants. | Civil Action No. _____ |

## MOTION FOR THE ADMISSION PRO HAC VICE OF MITCHELL A. KARLAN

I, Joseph D. West, Esquire, a member of the bar of this Court, respectfully move for the admission *pro hac vice* of Mitchell A. Karlan, counsel for Little Rock Family Housing, LLC, Hanscom Family Housing, LLC, and PFH Management, LLC, in connection with the above-captioned matter. Attached hereto is a Declaration submitted pursuant to Local Civil Rule 83.2(d), and a proposed order.

Respectfully Submitted,

Dated: December 6, 2007

JOSEPH D. WEST, DC Bar No. 938183
JWest@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Plaintiffs Little Rock Family Housing, LLC, Hanscom Family Housing, LLC, and PFH Management, LLC.

1

## CERTIFICATE OF SERVICE

On December 6, 2007, I hereby certify that I, Christyne K. Brennan, caused a copy of the 7.1 Certificate to be served on the following persons by certified mail:

Michael W. Wynn
Secretary of the Department of the Air Force
Office of the Secretary of the Air Force
United States Department of the Air Force
1670 Air Force Pentagon
Washington, DC 20330-1670

Brigadier General Rowayne A. Schatz
Little Rock Air Force Base
241 AW/PA
1250 Thomas Avenue, Suite 150
Little Rock AFB, AR 72099-4929

Brigadier General Susan Helms
Patrick Air Force Base
45th Space Wing, Public Affairs, 45 SW/PA
1201 Edward H. White, Suite C-129
Patrick AFB, FL 32925-3237

Colonel Thomas Schluckebier
Hanscom Air Force Base
20 Schilling Circle
Hanscom AFB, MA 01731

Colonel Kenneth E. Todorov
Moody Air Force Base
5113 Austin Ellipse
Moody AFB, GA 31699

_____
Christyne K. Brennan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450,<br><br>        Plaintiffs,<br><br>v.<br><br>MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.<br><br>        Defendants. | Civil Action No. _____ |

## **DECLARATION OF MITCHELL A. KARLAN IN SUPPORT OF<br>PRO HAC VICE MOTION**

1. I, Mitchell A. Karlan, submit this Declaration in support of the motion requesting my admission *pro hac vice* in connection with the matter *Little Rock Family Housing, LLC, PFH Management, LLC, Hanscom Family Housing, LLC and Moody Family Housing, LLC v. Michael W. Wynn, Secretary of the Department of the Air Force, Brigadier General Rowaye A. Schatz, Brigadier General Susan Helms, Colonel Thomas Schluckebier and Colonel Kenneth E. Todorov*, Civil Action No. _____, pending in the United States District Court for the District of Colombia.

2. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, located at 200 Park Avenue, New York, New York 10016. My office telephone number is 212-351-3827.

3. I am admitted to practice and remain in good standing with the Bar of the State of New York, the Bar of the District of Columbia and the following United States Courts: the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the D.C. Circuit, and the United States District Court for the Southern District of New York.

4. I certify that I have not been disciplined by any bar.

5. During the past two years immediately preceding the filing of this motion, I have not been admitted *pro hac vice* in this Court.

1

6. I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2007.

                                          _____
                                          Mitchell A. Karlan

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699. <br><br> Defendants. | Civil Action No. _____ |

**PROPOSED ORDER**

The Motion of Joseph D. West, Esq., is hereby GRANTED, and Mitchell A. Karlan is granted admission *pro hac vice* in the above-captioned matter.

**IT IS SO ORDERED.**

_____

United States District Judge

Dated:_____