IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLOONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA 31699,<br><br>        Defendants. | Civil Action No. 1:07-cv-02198<br>Judge Emmet G. Sullivan |

**MOTION FOR THE ADMISSION *PRO HAC VICE* OF WILLIAM R. BALDIGA**

    I, Timothy D. Hawkes, a member of the bar of this Court, respectfully move for the

admission *pro hac vice* of William R. Baldiga, counsel for plaintiff Moody Family Housing,

LLC, in connection with this case.

I have attached a declaration pursuant to Local Civil Rule 83.2(d) and a proposed order.

    Respectfully Submitted,

    */s/  Timothy Hawkes*

    _____
    Timothy D. Hawkes (Bar No. 467822)
    *thawkes@brownrudnick.com*

    BROWN RUDNICK BERLACK ISRAELS LLP
    601 Thirteenth Street, N.W.
    Washington, D.C.  20005
    (202) 536-1722 (phone)
    (202) 536-1701 (fax)

    *Attorneys for Plaintiff Moody Family Housing, LLC*

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing motion to be served on the following persons by first-class mail on December 10, 2007:

    Michael W. Wynn
    Secretary of the Department of the Air Force
    Office of the Secretary of the Air Force
    United States Department of the Air Force
    1670 Air Force Pentagon
    Washington, DC 20330-1670

    Brigadier General Susan Helms
    Patrick Air Force Base
    45th Space Wing, Public Affairs, 45 SW IP A
    1201 Edward H. White, Suite C-129
    Patrick AFB, FL 32925-3237

    Colonel Kenneth E. Todorov
    Moody Air Force Base
    5113 Austin Ellipse
    Moody AFB, GA 31699

    Brigadier General Rowayne A. Schatz
    Little Rock Air Force Base
    241 AWIPA
    1250 Thomas Avenue, Suite 150
    Little Rock AFB, AR 72099-4929

    Colonel Thomas Schluckebier
    Hanscom Air Force Base
    20 Schiling Circle
    Hanscom AFB, MA 01731

                            */s/ Timothy D. Hawkes*_____
                              Timothy D. Hawkes

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LITTLE ROCK FAMILY HOUSING, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL W. WYNN, *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-02198 <br> Judge Emmet G. Sullivan |

### DECLARATION OF WILLIAM R. BALDIGA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. I, William R. Baldiga, submit this Declaration in support of the motion requesting my admission *pro hac vice* in connection with the above-captioned case.

2. I am a partner at the law firm of Brown Rudnick Berlack Israels LLP, in an office located at One Financial Center, Boston, MA 02111.

3. I am admitted to practice and remain in good standing with the Massachusetts State Bar. I am also admitted to practice in the following United States Courts: United States District Court for the District of Massachusetts and the First Circuit Court of Appeals.

4. I certify that I have not been disciplined by any bar.

5. During the past two years immediately preceding the filing of this motion, I have not been admitted *pro hac vice* in this Court.

6. I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 10 December 2007

_____
William R. Baldiga

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LITTLE ROCK FAMILY HOUSING, LLC, *et al.*,

        Plaintiffs,

      v.

MICHAEL W. WYNN, *et al.*,

        Defendants.

Civil Action No. 1:07-cv-02198
Judge Emmet G. Sullivan

## **ORDER**

The Motion of Timothy D. Hawkes is hereby GRANTED, and James R. Baldiga is granted admission *pro hac vice* in the above-captioned matter.

_____
Emmet G. Sullivan
United States District Judge

Dated: