IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, and MOODY FAMILY HOUSING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, et al.<br><br>Defendants. | Civil Action No. 1:07-cv-02198 |

## AFFIDAVIT OF MAILING TO DEFENDANT BRIGADIER GENERAL SUSAN HELMS

I, Joseph D. West, hereby state that:

On the 6th day of December, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following defendant: Brigadier General Susan Helms.

I have received the receipt for the certified mail, No. 7003 0500 0002 4358 4078. (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 10th day of December, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated: December 21, 2007

*/s/ Joseph D. West*

JOSEPH D. WEST, DC Bar No. 938183
JWest@gibsondunn.com

OF COUNSEL:

Mitchell A. Karlan
Michael A. Rosenthal

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Plaintiffs Little Rock Family Housing, LLC, Hanscom Family Housing, LLC, and PFH Management, LLC.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BRIGADIER GENERAL SUSAN HELMS
Patrick Air Force Base
45th Space Wing, Public Affairs, 45 SW/PA
1201 Edward H. White, Suite C-129
Patrick AFB, Florida 32925-3237

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ban_____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Maj Watton
C. Date of Delivery: 10 Dec 07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 4358 4078

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CAS

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

BRIGADIER GENERAL SUSAN HELMS
Patrick Air Force Base
45th Space Wing, Public Affairs, 45 SW/PA
1201 Edward H. White, Suite C-129
Patrick AFB, Florida 32925-3237

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    DEC - 6 2007
CLERK                                       DATE

_[signature]_
(By) DEPUTY CLERK