IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, and MOODY FAMILY HOUSING, LLC,

Plaintiffs,

v.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, et al.

Defendants.

Civil Action No. 1:07-cv-02198

**AFFIDAVIT OF MAILING TO ATTORNEY GENERAL OF THE UNITED STATES**

I, Joseph D. West, hereby state that:

On the 6th day of December, 2007, I caused to be deposited in the United States Mail a copy of the summonses and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the Attorney General of the United States.

I have received the receipt for the certified mail, No. 7003 0500 0002 4358 4030. (attached hereto), indicating that delivery of the summonses and complaint was made upon the Attorney General of the United States on the 11th day of December, 2007.

Again, on the 4th day of January, 2008, I caused to be deposited in the United States Mail a copy of the summonses and complaint, including a summons issued to the Attorney General of the United States, in the above captioned case, postage prepaid, return receipt requested, addressed to the Attorney General of the United States.

I have received the receipt for the certified mail, No. 7003 0500 0002 4358 4115. (attached hereto), indicating that delivery of the summonses and complaint was made upon the Attorney General of the United States on the 8th day of January, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated: January 29, 2008

/s/ Joseph D. West

JOSEPH D. WEST, DC Bar No. 938183
JWest@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Plaintiffs Little Rock Family Housing, LLC, Hanscom Family Housing, LLC, and PFH Management, LLC.

OF COUNSEL:

Mitchell A. Karlan
Michael A. Rosenthal

100379185_1.DOC

7003 0500 0002 4358 4030

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.66 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.46 |

Postmark Here — WASHINGTON SQUARE PO 20036-99 USPS DEC 6 2007

Sent To: Attorney Gen Michael Mukasey - DOJ
Street, Apt. No.; or PO Box No.: Suite 11050 1425 NY Ave NW
City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General Michael B. Mukasey
Office of the Attorney General
Department of Justice
Suite 11050
1425 New York Avenue N.W.
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) DEC 11 2007 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) [redacted]

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CAS

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

MICHAEL W. WYNN
SECRETARY OF THE DEPARTMENT OF THE AIR FORCE
Office of the Secretary of the Air Force
United States Department of the Air Force
1670 Air Force Pentagon
Washington, D.C. 20330-1670

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC - 6 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450.

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CA!

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

BRIGADIER GENERAL ROWAYNE A. SCHATZ
Little Rock Air Force Base
241 AW/PA
1250 Thomas Avenue, Suite 150
Little Rock AFB, Arkansas, 72099-4929

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC - 6 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CAS

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

BRIGADIER GENERAL SUSAN HELMS
Patrick Air Force Base
45th Space Wing, Public Affairs, 45 SW/PA
1201 Edward H. White, Suite C-129
Patrick AFB, Florida 32925-3237

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC - 6 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450,

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CASI

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

COLONEL THOMAS SCHLUCKEBIER
Hanscom Air Force Base
20 Schilling Circle
Hanscom AFB, MA 01731

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC - 6 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450.

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CAS

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

COLONEL KENNETH E. TODOROV
Moody Air Force Base
5113 Austin Ellipse
Moody AFB, GA 31699.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC - 6 2007
DATE

[signature]
(By) DEPUTY CLERK

7003 0500 0002 4358 4115

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.83 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.83 |

Postmark Here
USPS WASHINGTON SQUARE PO 20036-9998 JAN 2008

Sent To: Atty GEN OF the US DEPT OF JUSTICE
Street, Apt. No.; or PO Box No.: Room 4400 950 PENNSYLVANIA AVE NW
City, State, ZIP+4: WASHINGTON DC 20530-0001

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

[redacted]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) JAN 08 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7003 0500 0002 4358 4115

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450, PLAINTIFFS,

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699, DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-02198 (EGS)

TO: (Name and address of Defendant)

The Attorney General of the United States
Department of Justice
Room 4400
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street, NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JAN 02 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CAS

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

MICHAEL W. WYNN
SECRETARY OF THE DEPARTMENT OF THE AIR FORCE
Office of the Secretary of the Air Force
United States Department of the Air Force
1670 Air Force Pentagon
Washington, D.C. 20330-1670

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC - 6 2007
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450.

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CA!

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

BRIGADIER GENERAL ROWAYNE A. SCHATZ
Little Rock Air Force Base
241 AW/PA
1250 Thomas Avenue, Suite 150
Little Rock AFB, Arkansas, 72099-4929

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC - 6 2007
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CAS

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

BRIGADIER GENERAL SUSAN HELMS
Patrick Air Force Base
45th Space Wing, Public Affairs, 45 SW/PA
1201 Edward H. White, Suite C-129
Patrick AFB, Florida 32925-3237

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC - 6 2007
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450,

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CASI

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

COLONEL THOMAS SCHLUCKEBIER
Hanscom Air Force Base
20 Schilling Circle
Hanscom AFB, MA 01731

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC - 6 2007
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LITTLE ROCK FAMILY HOUSING, LLC, HANSCOM FAMILY HOUSING, LLC, PFH MANAGEMENT, LLC, 7604 Technology Way, Denver, CO 80237 and MOODY FAMILY HOUSING, LLC, 200 Pratt Street, Meriden, CT 06450.

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNN, SECRETARY OF THE DEPARTMENT OF THE AIR FORCE, in his official capacity, Office of the Secretary of the Air Force, United States Department of the Air Force, 1670 Air Force Pentagon, Washington, D.C. 20330-1670, BRIGADIER GENERAL ROWAYNE A. SCHATZ, in his official capacity, Little Rock Air Force Base, 241 AW/PA, 1250 Thomas Avenue, Suite 150, Little Rock AFB, Arkansas, 72099-4929, BRIGADIER GENERAL SUSAN HELMS, in her official capacity, Patrick Air Force Base, 45th Space Wing, Public Affairs, 45 SW/PA, 1201 Edward H. White, Suite C-129, Patrick AFB, Florida 32925-3237, COLONEL THOMAS SCHLUCKEBIER, in his official capacity, Hanscom Air Force Base, 20 Schilling Circle, Hanscom AFB, MA 01731, and COLONEL KENNETH E. TODOROV, Moody Air Force Base, 5113 Austin Ellipse, Moody AFB, GA, 31699.

CAS

Case: 1:07-cv-02198
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/6/2007
Description: General Civil

TO: (Name and address of Defendant)

COLONEL KENNETH E. TODOROV
Moody Air Force Base
5113 Austin Ellipse
Moody AFB, GA 31699.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. West, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

Timothy D. Hawkes, Esq.
BROWN RUDNICK
601 Thirteenth Street NW
Suite 600
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC - 6 2007
DATE

(By) DEPUTY CLERK