UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LITTLE ROCK FAMILY HOUSING, LLC,** )<br>**HANSCOM FAMILY HOUSING, LLC, PFH,** )<br>**MANAGEMENT, LLC,** )<br>7604 Technology Way )<br>Denver, Colorado 80237 )<br> )<br>**and** )<br> )<br>**MOODY FAMILY HOUSING, LLC,** )<br>200 Pratt Street, )<br>Meriden, Connecticut 06450 )<br> )<br>           **Plaintiffs,** )<br> )<br>           v.  )<br> )<br>**MICHAEL W. WYNN,** )<br>Secretary of the Air Force, )<br>U.S. Department of the Air Force )<br>1501 Wilson Blvd )<br>Arlington, Virginia 22209-2403 )<br> )<br>**BRIG. GEN. ROWAYNE A. SCHATZ,** )<br>Little Rock Air Force Base )<br>Little Rock, Arkansas )<br> )<br>**BRIG. GEN. SUSAN HELMS,** )<br>Patrick Air Force Base )<br>Patrick AFB, Florida )<br> )<br>**COL. THOMAS SCHLUCKEBIER,** )<br>Hanscom Air Force Base )<br>Hanscom AFB, Massachusetts )<br> )<br>**COL. KENNETH E. TODOROV,** )<br>Moody Air Force Base )<br>Moody AFB, Georgia )<br> )<br>           **Defendants.** )<br> ) | **Civil Action No. 07-2198 (EGS)**<br>**Electronic Case Filing** |

## NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for all defendants in the above-captioned case.

Respectfully submitted,

 /s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 / (202) 514-8789 (fax)