UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LITTLE ROCK FAMILY HOUSING, LLC,** *et al.*,   Plaintiffs,   v.   **MICHAEL W. WYNN,** Secretary of the Air Force, *et al.*,   Defendants. | Civil Action No. 07-2198 (EGS) Electronic Case Filing |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants Michael W. Wynn, Secretary of the Air Force, Brig. Gen. Rowayne A. Schatz, Brig. Gen. Susan Helms, Col. Thomas Schluckebier, and Col. Kenneth Todorov, all of whom are sued exclusively in their individual capacities, respectfully request a 30-day extension of time in which to file an initial response to the complaint in this case. Plaintiffs, through their counsel, consent to the relief being sought in this motion. The grounds for this motion are set forth below and a proposed order is attached.

Plaintiffs filed this action seeking a declaration that the Contract Disputes Act, 41 U.S.C. § 601 *et seq.*, applies to certain agreements plaintiffs have with various United States Air Force bases around the country to renovate military housing units pursuant to the Military Housing Privatization Initiative. See Complaint, "Nature of Action." Plaintiffs served the complaint on the U.S. Attorney's Office on January 8, 2008. Defendants' response to the complaint is, therefore, due on March 10, 2008. Through their counsel, the parties have been engaged in

preliminary discussions to attempt to determine if this matter can be resolved promptly without the intervention of the Court.  The parties need some additional time to assess the likelihood of resolution owing, in part, to the number of parties and projects involved.  As of the filing of this motion, undersigned counsel is cautiously optimistic that a complete or partial resolution may be possible.  Counsel for the parties will inform the Court promptly if their settlement discussions are successful.

This is defendants' first request for an extension of time to respond to the complaint, and if a settlement can be arranged, no response may be necessary.  This motion is filed in good faith and granting it will not unduly delay the Court's ability to resolve this case.  In a February 14, 2008 Order for Meet and Confer Report, the Court has already set a deadline for filing a joint meet and confer statement in this case by April 1, 2008.  Defendants request that the Court vacate that scheduling matter to allow them to focus on their settlement discussions.  If no settlement is reached, defendants anticipate filing a dispositive motion and will confer with plaintiffs' counsel to present an appropriate briefing schedule.  In that manner, the purpose of the meet and confer process will be achieved.

**Conclusion**

For all of these reasons, defendants respectfully request that the deadline for filing an initial response to the complaint be extended from March 10, 2008 through and including April 10, 2008.

Date: March 10, 2008.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        _____
        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney

         /s/
        JANE M. LYONS, D.C. BAR # 451737
        Assistant United States Attorney
        555 4th Street, N.W. - Room E4822
        Washington, D.C.  20530
        (202) 514-7161
        (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LITTLE ROCK FAMILY HOUSING, LLC,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **MICHAEL W. WYNN, Secretary of the Air Force,** *et al.*, <br><br> Defendants. | Civil Action No. 07-2198 (EGS) <br> Electronic Case Filing |

## ORDER

UPON CONSIDERATION of defendants' consent motion for extension of time to respond to the complaint and the entire record in this matter, the Court finds good cause for the relief being sought. Accordingly, it is this _____ day of _____, 2008

**ORDERED** that defendants' motion is **GRANTED**, and it is further

**ORDERED** that the parties' obligations to comply with the Court's February 19, 2008 Order for Meet and Confer Report [Docket Entry No. 14] are **HELD IN ABEYANCE** pending further order of the Court; and it is further

**ORDERED** that defendant shall have through and including April 10, 2008 to file an initial response to the complaint.

_____
EMMET G. SULLIVAN
United States District Judge

Copies To Counsel of Record Through ECF