**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LITTLE ROCK FAMILY HOUSING, LLC,** *et al.*, ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **Civil Action No. 07-2198 (EGS)** |
| ) | **Electronic Case Filing** |
| **MICHAEL W. WYNN, Secretary of the Air Force,** *et al.*, ) | |
| **Defendants.** ) | |

**DEFENDANTS' SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants Michael W. Wynn, Secretary of the Air Force, Brig. Gen. Rowayne A. Schatz, Brig. Gen. Susan Helms, Col. Thomas Schluckebier, and Col. Kenneth Todorov, all of whom are sued exclusively in their individual capacities, respectfully request a further three week extension of time in which to file an initial response to the complaint in this case. Plaintiffs, through their counsel, consent to the relief being sought in this motion. The grounds for this motion are set forth below and a proposed order is attached.

Since the Court last extended the defendants' deadline for responding counsel for the parties have been engaging in productive settlement discussions. Counsel for defendants is currently optimistic that a extra-judicial resolution of this matter will be possible within the next few weeks. As set forth in defendants' previous request for more time, plaintiffs filed this action seeking a declaration that the Contract Disputes Act, 41 U.S.C. § 601 *et seq.*, applies to certain agreements plaintiffs have with various United States Air Force bases around the country to renovate military housing units pursuant to the Military Housing Privatization Initiative. See

Complaint, "Nature of Action."  The need to coordinate among all of the parties and the nature of the contract language being negotiated takes time for drafting and reviewing.

The parties and their counsel need some additional time to attempt to resolve this matter. Counsel for the parties will inform the Court promptly if their settlement discussions are successful.

This is defendants' second request for an extension of time to respond to the complaint, and if a settlement can be arranged, no response may be necessary.  This motion is filed in good faith and granting it will not unduly delay the Court's ability to resolve this case.

### Conclusion

For all of these reasons, defendants respectfully request that the deadline for filing an initial response to the complaint be extended from April 10, 2008 through and including May 1, 2008.

Date: April 10, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

   /s/
_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————
**LITTLE ROCK FAMILY HOUSING, LLC,**  )
 *et al.*,                            )
                                      )
         **Plaintiffs,**              )
                                      )
    **v.**                            )    **Civil Action No. 07-2198 (EGS)**
                                      )    **Electronic Case Filing**
**MICHAEL W. WYNN, Secretary of the Air**  )
  **Force**, *et al.*,                )
                                      )
         **Defendants.**              )
—————————————————————)

**O R D E R**

UPON CONSIDERATION of defendants' second consent motion for extension of time to respond to the complaint and the entire record in this matter, the Court finds good cause for the relief being sought.  Accordingly, it is this _____ day of _____, 2008

**ORDERED** that defendants' motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including May 1, 2008 to file an initial response to the complaint.

_____
EMMET G. SULLIVAN
United States District Judge

Copies To Counsel of Record Through ECF