UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LITTLE ROCK FAMILY HOUSING, LLC,** *et al.*,  )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**MICHAEL W. WYNN, Secretary of the Air Force,** *et al.*, )<br>)<br>**Defendants.** ) | Civil Action No. 07-2198 (EGS)<br>Electronic Case Filing |

**DEFENDANTS' THIRD CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants Michael W. Wynn, Secretary of the Air Force, Brig. Gen. Rowayne A. Schatz, Brig. Gen. Susan Helms, Col. Thomas Schluckebier, and Col. Kenneth Todorov, all of whom are sued exclusively in their individual capacities, respectfully request a further three week extension of time in which to file an initial response to the complaint in this case until May 12, 2008, with the expectation that no response will ultimately need to be filed because the parties expect to present the Court with a Stipulation of Dismissal prior to that date. Plaintiffs, through their counsel, consent to the relief being sought in this motion. The grounds for this motion are set forth below and a proposed order is attached.

Since the Court last extended the defendants' deadline for responding counsel for the parties have reached a tentative settlement and reduced it to writing. As of the filing of this motion, counsel for the parties are both gathering signatures on the pertinent documents and anticipate having that process and obtaining final approval from the Department of Justice all completed by May 12, 2008. Because the parties envision resolving this case by amending

multiple government contracts for work being done on Air Force bases across the country, getting each of the individual amendments executed by the relevant people is taking longer than simply having counsel in Washington, D.C. put pen to paper on a joint stipulation.  Plaintiffs filed this action seeking a declaration that the Contract Disputes Act, 41 U.S.C. § 601 *et seq.*, applies to certain agreements they have with various United States Air Force bases around the country to renovate military housing units pursuant to the Military Housing Privatization Initiative.  See Complaint, "Nature of Action."  The need to coordinate the documents among all of the parties is taking a bit more time than expected.

This is defendants' third request for an extension of time to respond to the complaint, but allowing the parties the additional time has facilitated a resolution of this matter without the need for judicial action and with the resources of both parties appropriately conserved.  This motion is filed in good faith and granting it will not unduly delay the final resolution of this case.

## Conclusion

For all of these reasons, defendants respectfully request that the deadline for filing an initial response to the complaint be extended from May 1, 2008 through and including May 12, 2008.

Date: May 1, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

        /s/
_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LITTLE ROCK FAMILY HOUSING, LLC,** *et al.*, ) ) ) **Plaintiffs,** ) ) v. ) ) **MICHAEL W. WYNN, Secretary of the Air Force,** *et al.*, ) ) ) **Defendants.** ) ) | Civil Action No. 07-2198 (EGS) Electronic Case Filing |

# **O R D E R**

UPON CONSIDERATION of defendants' third consent motion for extension of time to respond to the complaint and the entire record in this matter, the Court finds good cause for the relief being sought.  Accordingly, it is this _____ day of _____, 2008

**ORDERED** that defendants' motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including May 12, 2008 to file an initial response to the complaint.

_____
EMMET G. SULLIVAN
United States District Judge

Copies To Counsel of Record Through ECF