UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LITTLE ROCK FAMILY HOUSING, LLC,** *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**MICHAEL W. WYNN, Secretary of the Air Force,** *et al.*,<br><br>    **Defendants.** | Civil Action No. 07-2198 (EGS)<br>Electronic Case Filing |

## DEFENDANTS' FOURTH CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants Michael W. Wynn, Secretary of the Air Force, Brig. Gen. Rowayne A. Schatz, Brig. Gen. Susan Helms, Col. Thomas Schluckebier, and Col. Kenneth Todorov, all of whom are sued exclusively in their official capacities, respectfully request slightly over one additional week in which to file an initial response to the complaint in this case.  Specifically, defendants request that the current deadline of May 12, 2008 be extended until May 20, 2008, with the expectation that no response will ultimately need to be filed because the parties expect to present the Court with a Stipulation of Dismissal shortly.  Plaintiffs, through their counsel, consent to the relief being sought in this motion.  The grounds for this motion are set forth below and a proposed order is attached.

Plaintiffs filed this action seeking a declaration that the Contract Disputes Act, 41 U.S.C. § 601 *et seq.*, applies to certain agreements they have with various United States Air Force bases around the country to renovate military housing units pursuant to the Military Housing Privatization Initiative.  See Complaint, "Nature of Action."  Counsel for the parties have been negotiating a resolution of this matter which, if successful, will settle all claims in this case.

Since the Court last extended the defendants' deadline for responding to the Complaint, defense counsel has finished gathering all necessary signatures on the pertinent contracting addenda, and are awaiting the delivery of signed counterparts from plaintiffs' counsel. Once they are received, undersigned counsel will still need to obtain final approval of the tentative settlement from the Department of Justice. Because the parties envision resolving this case by amending multiple government contracts for work being done on Air Force bases across the country, getting each of the individual amendments executed by the relevant people is taking longer than expected but should ultimately benefit the parties by having all of the terms clearly spelled out.

This is defendants' fourth request for an extension of time to respond to the complaint, but allowing the parties the additional time has facilitated a resolution of this matter without the need for judicial action and with the resources of both parties appropriately conserved. This motion is filed in good faith and granting it will not unduly delay the final resolution of this case.

### Conclusion

For all of these reasons, defendants respectfully request that the deadline for filing an initial response to the complaint be extended from May 12, 2008 through and including May 20, 2008.

Date: May 12, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

                    RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

  /s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

-3-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LITTLE ROCK FAMILY HOUSING, LLC,** *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**MICHAEL W. WYNN, Secretary of the Air Force,** *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 07-2198 (EGS)<br>Electronic Case Filing |

## **O R D E R**

UPON CONSIDERATION of defendants' fourth consent motion for extension of time to respond to the complaint and the entire record in this matter, the Court finds good cause for the relief being sought. Accordingly, it is this _____ day of _____, 2008

**ORDERED** that defendants' motion is **GRANTED**, and it is further

**ORDERED** that defendant shall have through and including May 20, 2008 to file an initial response to the complaint.

_____
EMMET G. SULLIVAN
United States District Judge

Copies To Counsel of Record Through ECF